In the Matter of the Claims of JOSEPH T. GEOGHEGAN and JONAS TENENBAUM.

FRIEDA MILLER, as Industrial Commissioner of the State of New York, Appellant; ELECTROLUX CORPORATION, Respondent.

Argued June 8, 1942; decided July 29, 1942.

*John J. Bennett, Jr., Attorney General (Henry Epstein, W. Gerald Ryan* and *Francis R. Curran* of counsel), for appellant.

*Harold L. Smith, William K. Dupre, Richard W. Hogue, Jr.,* and *A. Ross Jones* for respondent.

Orders of Appellate Division reversed and decision of the Unemployment Insurance Appeal Board confirmed, without costs. No opinion. (See *Matter of Electrolux Corp.,* 288 N. Y. 440.)

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.